FILED

JUN 21 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>1. EMILIO TURRUBIARTEZ JR.,<br>2. SARA EUGENIA GALLEGOS,<br><br>Defendants. | CRIMINAL NO. **MO17CR·136**<br>**INDICTMENT**<br><br>[Vio: 21 U.S.C. § 841(a)(1)-<br>Possession With Intent to<br>Distribute a Controlled<br>Substance<br>18 U.S.C. § 2 – Aid and Abet;<br>18 U.S.C. § 924(c) – Possession of firearm<br>in furtherance of a drug trafficking crime] |

THE GRAND JURY CHARGES:

COUNT ONE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]

That on or about June 19, 2017, in the Western District of Texas, the Defendants,

1. EMILIO TURRUBIARTEZ JR. AND
2. SARA EUGENIA GALLEGOS,

aided and abetted by each other, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, which offense involved fifty (50) grams or more of actual methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

COUNT TWO
[18 U.S.C. §§ 924(c) and 18 U.S.C. § 2]

That on or about June 19, 2017, in the Western District of Texas, the Defendants,

1. EMILIO TURRUBIARTEZ JR. AND
2. SARA EUGENIA GALLEGOS,

aided and abetted by each other, did intentionally and knowingly possess firearms, to wit: a .38

Special Taurus Revolver, a Raven Arms .25 Automatic, a Jimenez .380 caliber, a Colt 1911 .45 caliber, CN Romarm AK 7.62X39, and a AR-15 bearing Serial Number 15188305, in furtherance of the drug trafficking crime set forth in Count One of this Indictment, which drug trafficking count is incorporated by reference herein as if set forth in full, in violation of Title 18, United States Code, Section 924(c) and Title 18, United States Code, Section 2.

A TRUE BILL

Original signed by the foreperson of the Grand Jury

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

*[signature]*

BRANDI YOUNG
Assistant United States Attorney