IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MO:17-CR-136(2) |
| | ) | |
| SARA EUGENIA GALLEGOS | ) | |

**ORDER ON STATUS CONFERENCE**

On the 20th day of December, 2017, the Court held a status conference in the above-referenced cause. All parties were present, including the Defendant.

Defense counsel informed the Court the Defendant is **ready for trial**.

The Court held a discussion concerning, among other topics, plea offers, plea deadline, acceptance of responsibility, the charges in the Indictment, discovery, applicable statutory penalties, sentencing guidelines, and trial.

After a lengthy discussion and recess for the Defendant to visit with her Attorney Jeff Parras, the Defendant stated she wanted to proceed to trial.

**The Defendant's plea deadline is today, December 20, 2017, with jury selection/trial before Senior United States District Judge Robert Junell on February 5, 2018, at 8:45 a.m.**

It is so **ORDERED**.

SIGNED this 20th day of December, 2017.

DAVID COUNTS
UNITED STATES MAGISTRATE JUDGE