IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
JAN 29 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| V. | ) NO. MO-17-CR-136 |
| SARA EUGENIA GALLEGOS | ) ) ) |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA AND FED. R. CRIM. P. 11 ALLOCUTION BY UNITED STATES MAGISTRATE JUDGE

I, SARA EUGENIA GALLEGOS, the Defendant in this cause, with the advice and counsel of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that my guilty plea is subject to approval and final acceptance by a United States District Judge and that sentencing will be conducted by a United States District Judge.

Signed this the 28th day of JANUARY, 2018.

_____
SARA EUGENIA GALLEGOS
Defendant

_____
AARON ECKMAN
Attorney for Defendant

JOHN F. BASH
UNITED STATES ATTORNEY

By: _____
BRANDI YOUNG
Assistant United States Attorney
400 West Illinois, Suite 1200
Midland, Texas 79701