Case 7:17-cr-00136-DC   Document 82   Filed 01/30/18   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MO:17-CR-136(2) |
| | ) | |
| SARA EUGENIA GALLEGOS | ) | |

FILED
JAN 30 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY

### FINDINGS OF FACT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE U. S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b), this matter has been referred by the District Court for administration of guilty plea and allocution under Rule 11 of the Federal Rules of Criminal Procedure.

On the 29th day of January, 2018,[1] this cause came before the undersigned U.S. Magistrate Judge for Guilty Plea and Allocution of the Defendant **SARA EUGENIA GALLEGOS**[2] on Counts **ONE and TWO** of the **SUPERSEDING INDICTMENT** filed herein charging her in Count **ONE** with a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. § 2 and Count **TWO** with a violation of 18 U.S.C. § 924(c) and 18 U.S.C. § 2. The Defendant signed a written consent to plead before the Magistrate Judge. After conducting said proceeding in the form and manner prescribed by FED.R.CRIM.P. 11, the Court finds:

a) that the Defendant, after consultation with counsel of record, has knowingly and voluntarily consented to the administration of the Guilty Plea and Allocution in this cause by a U.S. Magistrate Judge subject to final approval and imposition of sentence by the District Court;

b) *that the Defendant and the Government have entered into a written plea agreement which has been filed and disclosed in open court pursuant to FED.R.CRIM.P. 11(c)(2); and,*

c) that the Defendant is fully competent and capable of entering an informed plea, that the Defendant is aware of the nature of the charges and the consequences of the plea,[3] and that

---

[1] The Defendant was informed by the Court that her plea was entered beyond the plea deadline and viewed as untimely, and that while her attorney may argue to the District Court for acceptance of responsibility at sentencing, there is no guarantee that she will receive such credit. The Defendant stated that she understood and that she wished to plead guilty.

[2] The Defendant acknowledged that she has been charged under the true and correct name.

[3] The Defendant was admonished as to the statutory penalty range for Count **ONE** of a mandatory minimum 10 years to life imprisonment, a mandatory minimum 5 years supervised release, a fine not to exceed Ten Million Dollars ($10,000,000.00), and a One Hundred Dollar ($100.00) mandatory special assessment.

The Defendant was admonished as to the statutory penalty range for Count **TWO** of a mandatory minimum 5 years imprisonment (to run consecutively to any term of imprisonment imposed for Count **ONE**), a maximum 5 years supervised release, a fine not to exceed Two Hundred Fifty Thousand Dollars ($250,000.00), and a One Hundred Dollar ($100.00) mandatory special assessment. The Defendant was further admonished that the District Judge could order the remaining portions of the sentences for the two counts to run consecutively to or concurrently with each other.

the plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

**IT IS THEREFORE** the recommendation of the undersigned U.S. Magistrate Judge that the District Court accept the plea agreement and the guilty plea of the Defendant **SARA EUGENIA GALLEGOS** and that **SARA EUGENIA GALLEGOS** be finally adjudged guilty of that offense.

The United States District Clerk shall serve a copy of this Proposed Findings of Fact and Recommendation on all parties electronically. In the event that a party has not been served by the Clerk with this Report and Recommendation electronically, pursuant to the CM/ECF procedures of this District, the Clerk is ORDERED to mail such party a copy of this Report and Recommendation by certified mail, return receipt requested. Pursuant to 28 U.S.C. § 636(b)(1), any party who desires to object to this report must serve and file written objections within fourteen (14) days after being served with a copy unless the time period is modified by the District Court. A party filing objections must specifically identify those findings, conclusions or recommendation to which objections are being made; the District Court need not consider frivolous, conclusive or general objections. Such party shall file the objections with the Clerk of the Court and serve the objections on the Magistrate Judge and on all other parties. A party's failure to file such objections to the proposed findings, conclusions and recommendation contained in this report shall bar the party from a de novo determination by the District Court. Additionally, any failure to file written objections to the proposed findings, conclusions and recommendation contained in this report within fourteen (14) days after being served with a copy shall bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court, except upon grounds of plain error or manifest injustice.

**SIGNED** this 29th day of January, 2018.

_____
**B. DWIGHT GOAINS**
United States Magistrate Judge