IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CRIMINAL NO. 7:17-CR-136(2) |
| § | |
| SARA EUGENIA GALLEGOS § | |
| § | |
| Defendant. § | |

## NOTICE OF APPEAL

**TO THE HONORABLE DAVID COUNTS, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, MIDLAND-ODESSA DIVISION:**

NOW COMES, Defendant SARA EUGENIA GALLEGOS, through her attorney of record, Aaron E. Eckman, and respectfully files this Notice of Appeal. In support of this position Defendant would show this Honorable Court the following:

I.

Pursuant to Federal Rule of Appellate Procedure 4(b), Defendant SARA EUGENIA GALLEGOS appeals the judgment and sentence of the court entered on June 11, 2018, to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

Aaron E. Eckman
The Law Office of Aaron E. Eckman, PLLC
306 W. Wall St. Suite 822
Midland, Texas 79701
Office Phone: (432) 279-1506
Fax: (432) 203-9808

BY:   /s/ Aaron E. Eckman
          Aaron E. Eckman
          State Bar No.: 24077053

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of the above and foregoing Defendant's Notice of Appeal was served on June 14, 2018, by electronic mail to AUSA Young upon filing with CM/ECF.

BY:   /s/ Aaron E. Eckman
        Aaron E. Eckman
        State Bar No.: 24077053