# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

## Midland Division

__United States__
Plaintiff

__17-cr-00136__
CASE NUMBER

v.

__Turrubiartez et al.__
Defendant

Judge David Counts
JUDGE

## NOTICE OF APPEAL

Notice is hereby given that     __Sara Gallegos__
(Appellant's Name)

appeals to the United States Court of Appeals for the Fifth Circuit from the

__Denial of Motion for Compassionate Release and Denial of Motion to Amend/Correct__
(conviction and sentence); (sentence only); (order);(judgment)

entered in this action on     __August 16, 2021__
(Date)

Date     __August 28, 2021__

Attorney/Pro Se Litigant Signature     __/s/ Catherine Sevcenko__

Print Name     __Catherine Sevcenko__

Address     __300 New Jersey Ave, NW, Suite 900__

City, State, Zip     __Washington, DC 20001__

Telephone     __617-299-2604 x703__

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August 2021, this notice was served to all parties via the Court's CM/ECF system.

/s/ Catherine Sevcenko